In the Matter of the Accounting of UNITED STATES TRUST COMPANY OF NEW YORK et al., as Trustees of Trusts Established by ERNEST J. WILE, Respondents. GEORGE E. WILE, Appellant; EDWIN KESSLER et al., Respondents.— We think the fees were excessive. Allowance to the attorney for trustees is reduced to $4,000 and to the special guardians to $2,500. As so modified the order is affirmed, with costs to the appellant and the successful respondent payable out of the estate. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [See 282 App. Div. 761.]

■

In the Matter of BENJAMIN LEVITAS, an Attorney. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied. Present — Peck, P. J., Glennon, Dore and Cohn, JJ. [See ante, p. 511.]

■

In the Matter of CARLYLE FINKELSTEIN, an Attorney. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for reargument denied. Present — Glennon, J. P., Dore, Cohn and Callahan, JJ. [See ante, p. 522.]

■

INTERNATIONAL LATEX CORPORATION v. FLEXEES, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Breitel and Bergan, JJ. [See ante, p. 363.]

■

JOSEPHINE JONES, as Administratrix of the Estate of JAMES WRIGHT, Deceased, v. 416 PLEASANT AVENUE HOLDING CORP.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore and Bergan, JJ. [See ante, p. 968.]

■

TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK v. MARGARET ROGALLY et al., Doing Business as ACADEMY UNIFORM COMPANY.— Motion for leave to appeal to the Court of Appeals denied. Present — Dore, J. P., Cohn, Callahan and Breitel, JJ. [See ante, pp. 485, 972.]

■

LOUIS L. ROGERS v. HUGO F. JABURG.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See ante, p. 880.]

■

MENDELSON BROS. FACTORS, INC., v. MOSES F. DWORSKY et al., Individually and as Copartners Doing Business under the Name of FIDELITY FACTORS and of ADVISORY AUDIT COMPANY, et al.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore and Bergan, JJ. [See ante, p. 971.]